# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

IN RE: **ADDISON LEAVY**
**MAXIMILLIAN MCDONALD**

### ORDER OF TEMPORARY ADMISSION

PER CURIAM

The Court, having been advised that **Addison Leavy and Maximillian McDonald,** 3rd year law students at **Harvard Law School, Office of Clinical and Pro Bono Program,** have met the requirements as stated in *Local Rule 83.5.4, Practice by Law Students*. The Court hereby allows the above-named law students to proceed under the supervision of Attorney Daniel L Nagin, BBO# 601058 in civil matter ***Doe v. Del Toro, Docket No. 1:23-cv-13112-JEK*** in the Federal Court for the District of Massachusetts until such time students **Addison Leavy** and **Maximillian McDonald** graduates from their study of law at Harvard Law School.

Dated:  March 11, 2024            /s/ F. Dennis Saylor_____
                                                                F. Dennis Saylor IV
                                                                Chief Judge, United States District Court