# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

IN RE:   **JEFFREY L. WHITE**
         **MATTHEW C. ROHRBACK**

### ORDER OF TEMPORARY ADMISSION

PER CURIAM

The Court, having been advised that **Jeffrey L. Wilson** and **Matthew C. Rohrback,** 2nd and 3rd year law students at **Harvard Law School, Office of Clinical and Pro Bono Program,** have met the requirements as stated in *Local Rule 83.5.4, Practice by Law Students.* The Court hereby allows the above-named law students to proceed under the supervision of Attorney Daniel L Nagin, BBO# 601058 in Civil matter ***Doe v. Del Toro, Docket No. 1:23-cv-13112-JEK*** in the Federal Court for the District of Massachusetts until such time students **Jeffrey L. Wilson** and **Matthew C. Rohrback** graduates from their study of law at Harvard Law School.

Dated:  December 6, 2024                    /s/ F. Dennis Saylor
                                            F. Dennis Saylor IV
                                            Chief Judge, United States District Court